```
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------X
DJAYGEE, INC.                            Case No. 04-11135 (NG)
                    Plaintiff,
                                         AFFIDAVIT OF SERVICE
        -against-

NATIONAL HOCKEY LEAGUE, et al.,
                    Defendants.
------------------------------------X
STATE OF DELAWARE    )
                     S.S.:
COUNTY OF NEW CASTLE )
```

_William Golt_, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the _7_ day of July, 2004, at approximately _1:50 p.m._ a.m./p.m., deponent served a true copy of a Summons in a Civil Action, Civil Cover Sheet, Report on the Filing or Determination of an Action or Appeal Regarding a Copyright, Complaint and Amended Complaint upon NHL Enterprises, Inc. by serving their Registered Agent The Corporation Trust Company at 1209 Orange Street, Wilmington, Delaware by personally delivering and leaving the same with _Gregory Borgese_ who informed deponent that he/she holds the position of _Managing Agent_, is authorized to accept service on behalf of NHL Enterprises, Inc.

_Gregory Borgese_ is a _White_ _Male_ approximately _35_ years of age, stands approximately _5_ feet, _8_ inches tall, weighs approximately _165_ pounds with _brown_ hair and _brown_ eyes.

PROCESS SERVER

Sworn to before me this
_7_ day of July, 2004.

NOTARY PUBLIC

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2006