UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------X
DJAYGEE, INC.
                       Plaintiff,

   -against-

NATIONAL HOCKEY LEAGUE, et al.,
                       Defendants.
------------------------------------X

Case No. 04-11135 (NG)

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    )
                            S.S.:
COUNTY OF NEW CASTLE )

    William Golt, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the 7 day of July, 2004, at approximately 1:50 p.m. a.m./p.m., deponent served a true copy of a Summons in a Civil Action, Civil Cover Sheet, Report on the Filing or Determination of an Action or Appeal Regarding a Copyright, Complaint and Amended Complaint upon NHL Enterprises, L.P. by serving their Registered Agent The Corporation Trust Company at 1209 Orange Street, Wilmington, Delaware by personally delivering and leaving the same with Gregory Borgese who informed deponent that he/she holds the position of Managing Agent, is authorized to accept service on behalf of NHL Enterprises, L.P.

    Gregory Borgese is a White Male approximately 35 years of age, stands approximately 5 feet, 8 inches tall, weighs approximately 165 pounds with Brown hair and Brown eyes.

_____
PROCESS SERVER

Sworn to before me this
   7 day of July, 2004.

_____
NOTARY PUBLIC

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2006