UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DJAYGEE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 02-11711-NG |
| NATIONAL HOCKEY LEAGUE, ) | |
| ) | |
| NHL ENTERPRISES, INC., and ) | |
| ) | |
| NHL ENTERPRISES, L.P., ) | |
| ) | |
| Defendants. ) | |

**ASSENTED-TO MOTION TO ENLARGE TIME**
**TO RESPOND TO THE AMENDED COMPLAINT**

The Defendants National Hockey League, NHL Enterprises, Inc., and NHL Enterprises, L.P. hereby move for an enlargement of the time to answer, move, or otherwise respond to the Amended Complaint, to and including August 26, 2004.  Plaintiff, by its attorney, has assented to this motion.

NATIONAL HOCKEY LEAGUE,
NHL ENTERPRISES, INC., AND
NHL ENTERPRISES, L.P.

By their attorneys,

_____/s/_____
Jane E. Willis (BBO 568024)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
617-951-7000 (tel)
617-951-7050 (fax)

Lorin L. Reisner
Nicholas F. Joseph
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

ASSENTED TO:

__\_\_/s/_____
David S. Godkin (BBO 196530)
Jason A. Duva (BBO 640156)
Rebecca R. Hayes (BBO 654607)
TESTA, HURWITZ & THIBEAULT LLP
125 High Street
Boston, Massachusetts 02110
(617) 248-7000

Dated:  July 26, 2004

-3-

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney of record for the other party by first-class mail on July 26, 2004.

    _____
    Jane E. Willis