THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DJAYGEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL HOCKEY LEAGUE, <br><br> NHL ENTERPRISES, INC., and <br><br> NHL ENTERPRISES, L.P., <br><br> Defendants | Civil Action No. 04-11135 NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Rebecca R. Hayes of the law firm of Testa, Hurwitz & Thibeault, LLP, 125 High Street, Boston, Massachusetts 02110, as attorney for the Plaintiff in the above-captioned case.

July 28, 2004

DJAYGEE, INC.

By its attorneys,

_Rebecca R. Hayes_

Rebecca R. Hayes, Esq. (BBO #654607)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, Massachusetts 02110
(617) 248-7000

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of July 2004, copies of the foregoing were served upon the following parties by first-class mail:

      Jane E. Willis
      ROPES & GRAY LLP
      One International Place
      Boston, MA 02110

      Lorin L. Reisner
      Nicholas F. Joseph
      DEBEVOISE & PLIMPTON LLP
      919 Third Avenue
      New York, NY 10022

*/s/ Rebecca R. Hayes*
Rebecca R. Hayes, Esq.

3099223