THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DJAYGEE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL HOCKEY LEAGUE, ) <br> ) <br> NHL ENTERPRISES, INC., and ) <br> ) <br> NHL ENTERPRISES, L.P., ) <br> ) <br> Defendants ) | Civil Action No. 04-11135 NG |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Kerry Maddox Regan respectfully requests leave of Court to withdraw as counsel for the Plaintiff in this matter pursuant to Local Rule 83.5.2(c). Please note that David S. Godkin and Jason A. Duva of Testa, Hurwitz & Thibeault, LLP continue to represent the Plaintiff but Ms. Regan has left the employ of Testa, Hurwitz & Thibeault, LLP.

July 28, 2004

DJAYGEE, INC.

By its attorneys,

_Kerry Maddox Regan_

Kerry Maddox Regan (BBO #650849)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, Massachusetts 02110
(617) 248-7000

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July 2004, copies of the foregoing were served upon the following parties by first-class mail:

>Jane E. Willis
>ROPES & GRAY LLP
>One International Place
>Boston, MA 02110
>
>Lorin L. Reisner
>Nicholas F. Joseph
>DEBEVOISE & PLIMPTON LLP
>919 Third Avenue
>New York, NY 10022

*/s/ Kerry Maddox Regan*
Kerry Maddox Regan

3099368