‰AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

DJAYGEE, INC.

V.

NATIONAL HOCKEY LEAGUE
NHL ENTERPRISES, INC., and
NHL ENTERPRISES, L.P.

**SUMMONS IN A CIVIL ACTION**

04  11135  NG

CASE NUMBER:

TO: (Name and address of Defendant)

National Hockey League
1251 Avenue of the Americas
New York, NY 10020

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David S. Godkin, Esq.
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    MAY 28 2004
CLERK                                           DATE

(By) DEPUTY CLERK

&AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  By mail with consent of defendant's attorney. (see below)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    *Date*                                         *Signature of Server*

                                                    _____
                                                          *Address of Server*

I am authorized to accept service for the National Hockey League and hereby accept and acknowledge service of this summons on behalf of the National Hockey League.

8/3/04
Date

*[signature]*
Lorin L. Reisner
Debevoise & Plimpton LLP

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.