# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

DJAYGEE, INC.,

   Plaintiff,

    v.

NATIONAL HOCKEY
LEAGUE, ET AL,

   Defendants.

CA. NO. 04-11135-NG

## *NOTICE*

November 16, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **2:30 p.m., Monday, December 1, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

 

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**