UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DJAYGEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL HOCKEY LEAGUE, <br> NHL ENTERPRISES, INC., and <br> NHL ENTERPRISES, L.P., <br><br> Defendants. | CIVIL ACTION NO. 04-11135 NG |

**PLAINTIFF'S CERTIFICATION**
**PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff Djaygee, Inc. and its counsel hereby certify that they have conferred: (1) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of litigation; and (2) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| **DJAYGEE, INC.** | **COUNSEL FOR PLAINTIFF** <br> **DJAYGEE, INC.,** |
| /s/ John Gray (by JAD) <br> John Gray <br> President <br> Djaygee, Inc., d/b/a Cutting Edge Sports <br> One Bryant Street <br> Woburn, Massachusetts 01801 | /s/ Jason A. Duva <br> David S. Godkin, BBO #196530, godkin@tht.com <br> Jason A. Duva, BBO #640156, duva@tht.com <br> Rebecca R. Hayes, BBO #654607, hayesrr@tht.com <br> Testa, Hurwitz & Thibeault, LLP <br> 125 High Street <br> Boston, MA 02110 <br> (617) 248-7000 |

Dated: November 23, 2004

3146063