UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DJAYGEE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL HOCKEY LEAGUE, NHL ENTERPRISES, )<br>INC. and NHL ENTERPRISES, L.P., )<br>)<br>Defendants. )<br>) | Civil Action No. 04-11135 NG |

### DEFENDANTS' CERTIFICATION
### PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, Defendants National Hockey League, NHL Enterprises, Inc., and NHL Enterprises, L.P. and their counsel hereby certify that they have conferred: (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and (2) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

21841617v1

| | |
|---|---|
| NATIONAL HOCKEY LEAGUE, NHL ENTERPRISES, INC. and NHL ENTERPRISES, L.P., | Counsel for Defendants. |

/s/ Thomas H. Prochnow_____
Thomas H. Prochnow, Esq.
on behalf of
National Hockey League
NHL Enterprises, Inc.
NHL Enterprises, L.P.
1251 Avenue of the Americas
New York, NY 10020

Dated: November 29, 2004

/s/ Lorin L. Reisner_____
Lorin L. Reisner, Esq.
Nicholas F. Joseph, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

21841617v1