IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DJAYGEE, INC.,

    Plaintiff,

v.

NATIONAL HOCKEY LEAGUE, NHL
ENTERPRISES, INC. and NHL
ENTERPRISES, L.P.,

    Defendants.

Civil Action No. 04-11135 NG

## MOTION FOR ADMISSION PRO HAC VICE

Jane E. Willis, a member of the Bar of the United States District Court for the District of Massachusetts, who has entered an appearance in this action on behalf of Defendants, National Hockey League, NHL Enterprises, Inc., and NHL Enterprises, L.P., hereby moves the Court for admission *pro hac vice* of Lorin L. Reisner, as counsel for Defendants pursuant to Local Rule 83.5.3.

Attached hereto in support of this motion are (1) the certificate of Mr. Reisner that he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, that there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and that he is familiar with the local rules of this Court; and (2) a certificate of good standing issued by the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department.

9600672_2.DOC

-2-

                    Respectfully submitted,

*Jane E. Willis (J.O.)*
Jane E. Willis (BBO #568024)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000 (tel)
(617) 951-7050 (fax)

Dated: December 21, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on _Jane E. Willis (J.O.)_

9600672_2.DOC      -2-