IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DJAYGEE, INC.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL HOCKEY LEAGUE, NHL ENTERPRISES, INC. and NHL ENTERPRISES, L.P.,<br><br>　　　　　　　Defendants. | Civil Action No. 04-11135 NG |

## CERTIFICATE OF LORIN L. REISNER

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I hereby certify the following:

1. I am a partner at the law firm of Debevoise & Plimpton LLP, 919 Third Avenue, New York, New York 10022.

2. I have been a member of the bar of the State of New York since 1987. I was admitted to the bar of the United States District Court for the Southern District of New York in 1987, the United States District Court for the Eastern District of New York in 2000, the United States Court of Appeals for the Tenth Circuit in 1990, the United States Court of Appeals for the Second Circuit in 1991, the United States Court of Appeals for the Eleventh Circuit in 1995, the United States Court of Appeals for the Fourth Circuit in 2001, the United States Court of Appeals for the Seventh Circuit in 2002, and the United States Supreme Court in 2003.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Lorin L. Reisner
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000 (tel.)
(212) 909-6836 (fax)
llreisner@debevoise.com (email)

Dated: December 14, 2004

21851959v1



## Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **Lorin L Reisner** was duly licensed and admitted to practice as an **Attorney and Counselor at Law** in all the courts of the State, according to the laws of the State and the court rules and orders, on the **18 th** day of **March 1987** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **December 07, 2004**

*James Edward Pelzer*
Clerk