## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DJAYGEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL HOCKEY LEAGUE, <br> NHL ENTERPRISES, INC., and <br> NHL ENTERPRISES, L.P., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-11135 NG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION FOR PROTECTIVE ORDER

To facilitate the production and receipt of information in this action, the parties jointly move the Court to enter the Stipulated Protective Order attached as Exhibit A.

| NATIONAL HOCKEY LEAGUE, <br> NHL ENTERPRISES, INC., and <br> NHL ENTERPRISES, L.P., <br> By their attorneys, | DJAYGEE, INC. <br> By its attorneys, |
|---|---|
| /s/ Jane E. Willis (by RRH) <br> Jane E. Willis, Esq. (BBO #568024) <br>  jwillis@ropesgray.com <br> Gabriel D. O'Malley, Esq. (BBO #651432) <br>  gomalley@ropesgray.com <br> ROPES & GRAY LLP <br> One International Place <br> Boston, MA  02110 <br> (617) 951-7000 <br><br> Lorin L. Reisner, Esq. <br>  llreisner@debevoise.com <br> Nicholas F. Joseph <br>  nfjoseph@debevoise.com <br> DEBEVOISE & PLIMPTON LLP <br> 919 Third Avenue <br> New York, NY  10022 <br> (212) 909-6000 | /s/ Rebecca R. Hayes <br> David S. Godkin, Esq. (BBO #196530) <br>  godkin@tht.com <br> Jason A. Duva, Esq. (BBO #640156) <br>  duva@tht.com <br> Rebecca R. Hayes, Esq. (BBO # 654607) <br>  hayesrr@tht.com <br> TESTA, HURWITZ & THIBEAULT, LLP <br> 125 High Street <br> Boston, Massachusetts 02110 <br> (617) 248-7000 |

3162040