# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DJAYGEE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-11135 NG |
| | ) |
| NATIONAL HOCKEY LEAGUE, | ) |
| NHL ENTERPRISES, INC., and | ) |
| NHL ENTERPRISES, L.P., | ) |
| | ) |
| Defendants. | ) |

I, [_____], declare under penalty of perjury pursuant to the laws of the United States of America that:

    a.    I am employed by [_____], in the capacity of [_____].

    b.    I have read a copy of the Stipulated Protective Order ("Order") in this case on [_____];

    c.    I recognize that during my participation in this case I may have occasion to read or hear matters which are designated as confidential information;

    d.    I agree not to disclose any such confidential information to any person not entitled to receive disclosure of the same under the provisions of the Order;

    e.    I agree to use any such confidential information solely for the purposes appropriate to my participation in this case;

    f.    I agree that the Order is a binding contract enforceable against me in this Court, either during or after the conclusion of this proceeding;

    g.    I agree to be bound and abide by said Order in every respect; and

    h.    I submit to the jurisdiction of this Court for the purposes of enforcement of the

- 2 -

Stipulated Protective Order and this Declaration and waive any and all objections to jurisdiction and venue.

_____
Name (Please Print):

Date: _____

3162248