IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DJAYGEE, INC. | ) |
|     Plaintiff, | ) Civil Action No: |
|   v. | ) 04-11135 NG |
| NATIONAL HOCKEY LEAGUE, | ) Judge Nancy Gertner |
| NHL ENTERPRISES, INC., and | ) |
| NHL ENTERPRISES, L.P., | ) |
|     Defendants. | ) |

**Motion to Withdraw as Attorney**

Jason A. Duva respectfully requests leave of Court to withdraw as counsel for the Plaintiff in this case pursuant to Local Rule 83.5.2(c).  Mr. Duva will not be employed by Testa, Hurwitz & Thibeault, LLP after February 9, 2005.

Dated:    Boston, Massachusetts
           February 9, 2005

                              Respectfully submitted,

                              PLAINTIFF
                              DJAYGEE, INC.,

                              By its attorneys,


                              _/s/ Jason A. Duva_____
                              Jason A Duva (BBO 640156)
                                duva@tht.com
                              Rebecca R. Hayes (BBO # 654607)
                                hayesrr@tht.com
                              TESTA, HURWITZ & THIBEAULT, LLP
                              A Limited Liability Partnership in
                              Dissolution

```
                              125 High Street
                              High Street Tower
                              Boston, Massachusetts 02110
                              Telephone (617) 248-7000
                              Facsimile (617) 248-7100
```

3174978_1

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served on February 9, 2005 by First Class Mail at the address below upon those attorneys of record for each other party not identified as electronic recipients.

```
    Lorin L. Reisner, Esq.
    Debevoise & Plimpton LLP
    919 Third Avenue
    New York, NY 10022
```

```
                              /s/ Jason A. Duva_____
                              Jason A. Duva
```