IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DJAYGEE, INC.<br><br>         Plaintiff,<br>   v.<br><br>NATIONAL HOCKEY LEAGUE,<br><br>NHL ENTERPRISES, INC., and<br><br>NHL ENTERPRISES, L.P.,<br><br>         Defendants. | Civil Action No:<br>04-11135 NG<br><br>Judge Nancy Gertner |

**Notice of Withdrawal of Rebecca R. Hayes**

Rebecca R. Hayes hereby gives notice of and respectfully requests leave of Court to withdraw as counsel for the Plaintiff in this case pursuant to Local Rule 83.5.2(c).  Ms. Hayes has not been employed by Testa, Hurwitz & Thibeault, LLP since February 18, 2005.

Dated:    Boston, Massachusetts
          March 2, 2005

                              Respectfully submitted,

                              PLAINTIFF
                              DJAYGEE, INC.,

                              By its attorneys,


                              _/s/ Rebecca R. Hayes_____
                              Rebecca R. Hayes (BBO # 654607)
                              TESTA, HURWITZ & THIBEAULT, LLP
                              A Limited Liability Partnership in
                              Dissolution
                              125 High Street
                              High Street Tower
                              Boston, Massachusetts 02110
                              Telephone (617) 248-7000
                              Facsimile (617) 248-7100