SCANNED
CHERYL FULOP SINKULA
DATE SINKULA@BODMANLLP.COM
248-743-6048
BY:

February 25, 2005

BODMAN LLP
SUITE 500
201 W. BIG BEAVER ROAD
TROY, MICHIGAN 48084
248-743-6002 FAX
248-743-6000

**Via Certified Mail Return Receipt Requested**
**Article Number: 7003 0500 0002 7806 8383**

David S. Godkin, Esq.
Birnbaum & Godkin, LLP
268 Summer Street
Boston, Massachusetts 02210

**bodman**
ATTORNEYS & COUNSELORS

Re:  *Djaygee, Inc. v. National Hockey League, NHL Enterprises, Inc., NHL Enterprises, L.P.*
     Case Number: 04-11135 NG

Dear Mr. Godkin:

This office represents Stahls' Inc., a Michigan corporation ("Stahls"), a non-party, which received a subpoena in the above referenced case. Despite numerous attempts over the past month, I have been unable to contact you, Jason Duva or anyone else in the law firm of Testa, Hurwitz & Thiebault, LLP ("THT") related to Stahls' response to the subpoena issued for production of records by Jason Duva of THT dated December 17, 2004. It is my understanding that you are now with the law firm of Birnbaum & Godkin, LLP. Unless and until I hear from you with respect to this matter, I will consider this matter closed, will not forward any records to you, and will instruct Stahls' to cease their efforts to identify and locate records, responsive to the subpoena.

Please contact me.

Very truly yours,

Cheryl Fulop Sinkula

Cheryl Fulop Sinkula

CFS2

c:  Lorin L. Reisner, Esq.
    Magistrate Judge Marianne B. Bowler of the United States District Court for the District of Massachusetts

DETROIT | TROY | ANN ARBOR | CHEBOYGAN | LANSING

Troy_362512_1