UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DJAYGEE, INC.<br>    Plaintiff<br><br>    V.<br><br>NATIONAL HOCKEY LEAGUE,<br>NHL ENTERPRISES, INC. and<br>NHL ENTERPRISES, L.P.,<br><br>    Defendants. | Civil Action No. 04-1135 NG |

**ASSENTED-TO MOTION**
**TO CONTINUE STATUS CONFERENCE**

  Plaintiff DJAYGEE, Inc., respectfully moves this Court to continue the status conference scheduled for April 7, 2005 at 2:30 p.m. to April 13, 2005 at 2:30 p.m.

  Counsel for defendants have assented to this motion.

Dated:  April 6, 2005        DJAYGEE, Inc.,
               By its attorneys,


               /s/ David S. Godkin
               David S. Godkin (BBO#196530)
               BIRNBAUM & GODKIN, LLP
               268 Summer Street
               Boston, MA 02210-1108
               (617) 542-3100

ASSENTED-TO:


/s/ Lorin L. Reisner
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

Jane E. Willis (BBO #568024)

Ropes & Gray, LLP
One International Place
Boston, MA  02110
(617) 951-7000

Attorneys for Defendants