UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DJAYGEE, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-11135 NG |
| NATIONAL HOCKEY LEAGUE, NHL ENTERPRISES, INC., and NHL ENTERPRISES, L.P., | ) ) ) ) | |
| Defendants | ) ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the plaintiff, Djaygee, Inc., in the above-captioned action.

Dated: May 16, 2005

        Respectfully submitted,

        /s/ Anne Marie Longobucco

        _____
        Anne Marie Longobucco (BBO # 649299)
        DEMEO & ASSOCIATES, P.C.
        One Lewis Wharf
        Boston, MA 02110
        Tel: (617) 263-2600
        Fax: (617) 263-2300
        alongobucco@jdemeo.com