UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
DJAYGEE, INC.,                                )
                                              )
            Plaintiff,                        )  Civil Action No.: 04-11135 NG
                                              )
v.                                            )
                                              )
NATIONAL HOCKEY LEAGUE,                       )
NHL ENTERPRISES, INC., and                    )
NHL ENTERPRISES, L.P.,                        )
                                              )
            Defendants.                       )
_____   )

### REVISED STIPULATED SCHEDULING ORDER

The parties, by their undersigned counsel, having conferred and having appeared at a Status Conference on May 16, 2005, it is hereby stipulated and agreed that the revised schedule set forth below shall govern discovery and the filing of pretrial motions in this action:

1. The parties shall produce documents in response to all outstanding document requests on or before June 16, 2005.

2. No requests for written fact discovery shall be served without permission of the Court after August 15, 2005.

3. All fact depositions shall be noticed and completed on or before September 30, 2005.

4. Expert witnesses shall be identified on or before August 1, 2005.

2

5. Expert reports shall be served on or before September 6, 2005. Expert rebuttal reports, if any, shall be served on or before October 3, 2005.

6. Expert discovery shall be completed on or before October 31, 2005.

7. Any dispositive motions shall be filed on or before December 15, 2005.

8. A settlement conference, to be attended by counsel and, in the discretion of the Court, the principals, shall be held on January 16, 2006 or such other time ordered by the Court.

9. Case management conferences shall take place at such times that may be requested by counsel and ordered by the Court. The final pretrial conference shall take place 30 days following a ruling on any dispositive motions or on February 17, 2006, whichever is later.

10. The provisions of any scheduling order issued by the Court, including any

deadlines, shall be modified only upon a showing of good cause supported by affidavits, other evidentiary materials, or references to pertinent portions of the record.

| DJAYGEE, INC. | NATIONAL HOCKEY LEAGUE NHL ENTERPRISES, INC., AND NHL ENTERPRISES, L.P. |
|---|---|
| By their attorneys, | |
| /s/ Anne Marie Longobucco | |
| _____ | By their attorneys, |
| Anne Marie Longobucco (BBO 649299)  alongobucco@jdemeo.com DEMEO & ASSOCIATES, P.C. One Lewis Wharf Boston, MA 02110 (617) 263-2600 | _____ Jane E. Willis (BBO 568024)  jwillis@ropesgray.com Gabriel D. O'Malley (BBO 651432)  gomalley@ropesgray.com ROPES & GRAY LLP One International Place Boston, Massachusetts 02110 (617) 951-7000 |
| | /s/ Lorin L. Reisner |
| | _____ Lorin L. Reisner  llreisner@debevoise.com Nicholas F. Joseph  nfjoseph@debevoise.com DEBEVOISE & PLIMPTON LLP 919 Third Avenue New York, New York 10022 (212) 909-6000 |

DATED: May 25, 2005

SO ORDERED:

_____
Honorable Marianne B. Bowler
United States Magistrate Judge