UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DJAYGEE, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 04-11135 NG |
| | ) |
| v. | ) |
| | ) |
| NATIONAL HOCKEY LEAGUE, | ) |
| NHL ENTERPRISES, INC., and | ) |
| NHL ENTERPRISES, L.P., | ) |
| | ) |
| Defendants. | ) |
| | ) |

JOINT MOTION FOR ENTRY OF
REVISED STIPULATED SCHEDULING ORDER

Plaintiff Djaygee, Inc. and defendants National Hockey League, NHL Enterprises, Inc., and NHL Enterprises, L.P., by their undersigned counsel, jointly move for entry of the attached Revised Stipulated Scheduling Order.  In support of this motion, the parties state that a status conference was held on May 16, 2005, at which a pretrial schedule was agreed upon.  The parties then submitted a proposed Scheduling Order to the Court, which has not yet been entered.  The parties now seek to reschedule the settlement conference ordered by the Court from October 13 to October 17, 2005, and to extend the deadlines for completion of fact depositions and expert discovery by approximately two weeks, due to scheduling conflicts by the parties' counsel.  Entry of the proposed Revised Stipulated Scheduling Order will not affect the deadlines for the filing of dispositive motions or the scheduling of the pretrial conference.

Certification Pursuant to Local Rule 7.1

     Counsel for the parties certify that they have conferred and are in agreement regarding the issues presented by this motion.

Dated: July 26, 2005

Respectfully submitted,

| DJAYGEE, INC. | NATIONAL HOCKEY LEAGUE NHL ENTERPRISES, INC., AND NHL ENTERPRISES, L.P. |
|---|---|
| By its attorneys, | |
| /s/ Anne Marie Longobucco | |
| _____ | By their attorneys, |
| Anne Marie Longobucco (BBO 649299)  alongobucco@jdemeo.com DEMEO & ASSOCIATES, P.C. One Lewis Wharf Boston, MA 02110 (617) 263-2600 | _____ Jane E. Willis (BBO 568024)  jwillis@ropesgray.com Gabriel D. O'Malley (BBO 651432)  gomalley@ropesgray.com ROPES & GRAY LLP One International Place Boston, Massachusetts  02110 (617) 951-7000 |
| | /s/ Lorin L. Reisner |
| | _____ Lorin L. Reisner  llreisner@debevoise.com Nicholas F. Joseph  nfjoseph@debevoise.com DEBEVOISE & PLIMPTON LLP 919 Third Avenue New York, New York 10022 (212) 909-6000 |

2