UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

DJAYGEE, INC.,                                )
                                              )
                        Plaintiff,            )    Civil Action No. 04-11135 NG
                                              )
v.                                            )
                                              )
NATIONAL HOCKEY LEAGUE,                       )
NHL ENTERPRISES, INC., and                    )
NHL ENTERPRISES, L.P.,                        )
                                              )
                        Defendants.           )
_____      )

JOINT MOTION FOR ENTRY OF
REVISED STIPULATED SCHEDULING ORDER

Plaintiff Djaygee, Inc. and defendants National Hockey League, NHL Enterprises,

Inc., and NHL Enterprises, L.P., by their undersigned counsel, jointly move for entry of the

attached Revised Stipulated Scheduling Order.  In support of this motion, the parties state

that they seek to extend the deadlines for completion of expert discovery in order to allow the

parties' experts sufficient time to review and analyze all discovery materials.  Entry of the

proposed Revised Stipulated Scheduling Order will not affect the deadlines for the

completion of fact discovery, the filing of dispositive motions or the scheduling of the

pretrial conference.

Certification Pursuant to Local Rule 7.1

Counsel for the parties certify that they have conferred and are in agreement regarding the
issues presented by this motion.

Dated: September 19, 2005

Respectfully submitted,

DJAYGEE, INC.

By its attorneys,

/s/ Anne Marie Longobucco

_____
Anne Marie Longobucco (BBO 649299)
  alongobucco@jdemeo.com
DEMEO & ASSOCIATES, P.C.
One Lewis Wharf
Boston, MA 02110
(617) 263-2600

NATIONAL HOCKEY LEAGUE
NHL ENTERPRISES, INC., AND
NHL ENTERPRISES, L.P.


By their attorneys,

_____
Jane E. Willis (BBO 568024)
  jwillis@ropesgray.com
Gabriel D. O'Malley (BBO 651432)
  gomalley@ropesgray.com
ROPES & GRAY LLP
One International Place
Boston, Massachusetts  02110
(617) 951-7000

/s/ Lorin L. Reisner

_____
Lorin L. Reisner
  llreisner@debevoise.com
Nicholas F. Joseph
  nfjoseph@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000