UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DJAYGEE, INC., | ) |
| | ) |
|     Plaintiff, | ) Civil Action No. 04-11135 NG |
| | ) |
| v. | ) |
| | ) |
| NATIONAL HOCKEY LEAGUE, | ) |
| NHL ENTERPRISES, INC., and | ) |
| NHL ENTERPRISES, L.P., | ) |
| | ) |
|     Defendants. | ) |

## REVISED STIPULATED SCHEDULING ORDER

It is hereby stipulated and agreed that the revised schedule set forth below shall govern discovery and the filing of pretrial motions in this action:

1. All fact depositions shall be noticed and completed on or before October 14, 2005.

2. Expert reports shall be served on or before October 17, 2005. Expert rebuttal reports, if any, shall be served on or before November 8, 2005.

3. A settlement conference, to be attended by counsel and, in the discretion of the Court, the principals, shall be held on October 17, 2005 at 2:30 p.m.

4. Expert discovery shall be completed on or before November 18, 2005.

5. Any dispositive motions shall be filed on or before December 15, 2005.

21950733v1

2

6.	Case management conferences shall take place at such times that may be requested by counsel and ordered by the Court.  The final pretrial conference shall take place 30 days following a ruling on any dispositive motions or on February 17, 2006, whichever is later.

7.	The provisions of any scheduling order issued by the Court, including any

deadlines, shall be modified only upon a showing of good cause supported by affidavits, other evidentiary materials, or references to pertinent portions of the record.

| | |
|---|---|
| DJAYGEE, INC. | NATIONAL HOCKEY LEAGUE<br>NHL ENTERPRISES, INC., AND |
| By its attorneys, | NHL ENTERPRISES, L.P. |
| /s/ Anne Marie Longobucco<br>_____ | |
| Anne Marie Longobucco (BBO 649299)<br>  alongobucco@jdemeo.com<br>DEMEO & ASSOCIATES, P.C.<br>One Lewis Wharf<br>Boston, MA 02110<br>(617) 263-2600 | By their attorneys,<br><br>_____<br>Jane E. Willis (BBO 568024)<br>  jwillis@ropesgray.com<br>Gabriel D. O'Malley (BBO 651432)<br>  gomalley@ropesgray.com<br>ROPES & GRAY LLP<br>One International Place<br>Boston, Massachusetts  02110<br>(617) 951-7000 |
| | /s/ Lorin L. Reisner<br>_____<br>Lorin L. Reisner<br>  llreisner@debevoise.com<br>Nicholas F. Joseph<br>  nfjoseph@debevoise.com<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000 |

DATED:  September 19, 2005

SO ORDERED:


_____
Honorable Marianne B. Bowler
United States Magistrate Judge