# Demeo & Associates, P.C.

One Lewis Wharf
Boston, MA 02110

Telephone: 617-263-2600
Fax: 617-263-2300
Email: alongobucco@jdemeo.com

October 17, 2005

**By Facsimile**
Hon. Marianne B. Bowler
United States District Court
for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:  *Djaygee, Inc. v. National Hockey League et al.*
     Civil Action No. 04-11135 NG

Dear Judge Bowler:

Pursuant to my telephone conversation with chambers this morning, I am writing to advise the Court that the above-referenced matter has been resolved, and that the parties therefore request an indefinite adjournment of the status conference scheduled for today at 2:30 P.M. The parties expect to file a Stipulation of Dismissal within the next ten days.

Respectfully submitted,

Anne Marie Longobucco

cc:  Lorin L. Reisner, Esq.
     Jane E. Willis, Esq.
          (both by facsimile)