UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DJAYGEE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL HOCKEY LEAGUE, )<br>)<br>NHL ENTERPRISES, INC. and )<br>)<br>NHL ENTERPRISES, L.P., )<br>)<br>Defendants. )<br>) | Civil Action No.: 04-11135 NG<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED between the parties, by their undersigned counsel, as follows:

1. This action, including all claims and any counterclaims asserted herein, shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own fees and costs.

3. This stipulation may be filed without further notice with the Clerk of the Court.

22042283v2

| DEMEO & ASSOCIATES, P.C. | DEBEVOISE & PLIMPTON LLP |
|---|---|
| By: /s/ Anne Marie Longobucco<br>   Anne Marie Longobucco (BBO 649299)<br>    alongobucco@jdemeo.com<br>   One Lewis Wharf<br>   Boston, MA 02110<br>   Tel.: (617) 263-2600<br><br>   Attorneys for Plaintiff<br>   Djaygee, Inc. | By: /s/ Lorin L. Reisner<br>   Lorin L. Reisner (Pro Hac Vice)<br>    llreisner@debevoise.com<br>   Nicholas F. Joseph<br>    nfjoseph@debevoise.com<br>   919 Third Avenue<br>   New York, NY 10022<br>   Tel.: (212) 909-6000<br><br>   Jane E. Willis (BBO 568024)<br>    jwillis@ropesgray.com<br>   Gabriel D. O'Malley (BBO 651432)<br>    gomalley@ropesgray.com<br>   ROPES & GRAY LLP<br>   One International Place<br>   Boston, Massachusetts 02110<br>   Tel.: (617) 951-7000<br><br>   Attorneys for Defendants<br>   National Hockey League,<br>   NHL Enterprises, Inc. and<br>   NHL Enterprises, L.P. |

DATED: November 2, 2005

SO ORDERED:

_____
United States District Judge